1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14

| | |
|---|---|
| ARTHUR TORLUCCI, | CASE NO. 1:13-cv-00423-SKO PC |
|         Plaintiff, | ORDER DENYING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT |
|   v. | |
| USA, et al., | (Docs. 7 and 9) |
|         Defendants. | |
| _____/ | |

15
16
17

     Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013.  On April 10, 2013, and April 17, 2013, Plaintiff filed his second and third motions seeking leave to proceed in forma pauperis.

18
19

     Plaintiff's first motion seeking leave to proceed in forma pauper was granted on March 25, 2013, and therefore, his pending motions are HEREBY DENIED as moot.

20
21

IT IS SO ORDERED.

22

**Dated:   April 29, 2013**                  **/s/ Sheila K. Oberto**

23

                                UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1