# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

               Plaintiff,

   v.

USA, et al.,

               Defendants.

_____/

CASE NO. 1:13-cv-00423-SKO PC

ORDER STRIKING SECOND AMENDED COMPLAINT

(Doc. 14)

      Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013.  On May 6, 2013, Plaintiff filed a second amended complaint.  However, this action was dismissed, with prejudice, for failure to state a claim on April 30, 2013.

      Accordingly, Plaintiff's second amended complaint is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**   **May 10, 2013**                **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE