1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | ARTHUR TORLUCCI,                          CASE NO. 1:13-cv-00423-SKO PC

10 |            Plaintiff,                      ORDER STRIKING SECOND AMENDED
                                               COMPLAINT
11 |     v.
                                               (Doc. 14)
12 | USA, et al.,

13 |            Defendants.
    _____/
14

15      Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this

16 civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013.  On May 6, 2013, Plaintiff filed

17 a second amended complaint.  However, this action was dismissed, with prejudice, for failure to state

18 a claim on April 30, 2013.

19      Accordingly, Plaintiff's second amended complaint is HEREBY ORDERED STRICKEN

20 from the record.

21

22 IT IS SO ORDERED.

23 **Dated:    May 10, 2013**                        **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28