# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:13-cv-00423-SKO PC<br><br>ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT AND DENYING MOTION FOR INJUNCTIVE RELIEF, WITH PREJUDICE<br><br>(Docs. 18 and 19) |

　　　　Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013. On April 30, 2013, this action was dismissed, with prejudice, for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. On May 31, 2013, Plaintiff filed a motion to alter or amend judgment under Federal Rule of Civil Procedure 59 and a motion seeking injunctive relief.

　　　　Rule 59 provides for relief from judgment following trial. This matter was dismissed prior to trial and therefore, Plaintiff's reliance on Rule 59 is misplaced.[1] Fed. R. Civ. P. 59(a). Plaintiff'S motion is denied.

　　　　Plaintiff has no standing to seek injunctive relief in this closed case; there is no justiciable case or controversy before the Court. *E.g., Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Davis v. Federal Election Com'n*, 554 U.S. 724, 733-34, 128 S.Ct. 2759 (2008); *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 112 S.Ct. 2130 (1992). Plaintiff's motion is denied.

---

[1] Plaintiff's motion for reconsideration under Federal Rule of Civil Procedure 60 was previously considered and denied, with prejudice.

1

1    Based on the foregoing, Plaintiff's motion to alter or amend judgment and Plaintiff's motion
2 for injunctive relief, filed on May 31, 2013, are HEREBY DENIED, with prejudice.  **As Plaintiff**
3 **was previously informed, any further recourse must be sought from the appellate court**
4 **through the filing of a notice of appeal.**

7 IT IS SO ORDERED.

8 **Dated:   June 13, 2013**                           /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE