1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI, | Case No.  1:13-cv-00423-SKO PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 25 and 26) |
| USA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013.  The action was dismissed on April 30, 2013, for failure to state a claim and Plaintiff's appeal is currently pending before the Ninth Circuit.

On August 1, 2013, Plaintiff filed two documents which fail to seek any intelligible form of relief to which Plaintiff might be entitled under the law in this action.  Accordingly, the filings are HEREBY ORDRED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **August 16, 2013**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE