1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   ARTHUR TORLUCCI,                          Case No.  1:13-cv-00423-SKO (PC)

11                    Plaintiff,               Appeal No. 13-16338

12          v.                                 ORDER DENYING REQUEST FOR ENTRY
                                               OF DEFAULT
13   USA, et al.,
                                               (Doc. 32)
14                    Defendants.
     _____/

15

16          Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed

17   this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013.  The action was dismissed

18   on April 30, 2013, for failure to state a claim, and Plaintiff's appeal of the dismissal is currently

19   pending before the United States Court of Appeals for the Ninth Circuit.

20          On May 13, 2014, Plaintiff filed a request for entry of default.

21          Plaintiff's request for entry of default is devoid of any legitimate legal basis and it is

22   HEREBY DENIED.[1]

23
     IT IS SO ORDERED.
24

25    Dated:   **May 15, 2014**                        **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28   _____
     [1] Plaintiff apparently filed the request in the district court because the appellate has not yet ruled on his motion(s).
     Plaintiff's impatience with the appellate process is not grounds to burden this court with meritless filings.