# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI, | Case No. 1:13-cv-00423-SKO (PC) |
| Plaintiff, | Appeal No. 13-16338 |
| v. | ORDER GRANTING MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT |
| USA, et al., | |
| Defendants. | |
| | (Doc. 30) |

Plaintiff Arthur Torlucci, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 22, 2013. The action was dismissed on April 30, 2013, for failure to state a claim, and Plaintiff's appeal of the dismissal is currently pending before the United States Court of Appeals for the Ninth Circuit.

Pursuant to Circuit Rule 30-3, prisoners proceeding pro se are entitled to excerpts of record upon request to the district court, and Plaintiff filed a motion seeking excerpts of the record on October 10, 2013.

Accordingly, pursuant to Circuit Rules 30-3 and 17-1.4, it is HEREBY ORDERED that:

1. Plaintiff's motion for excerpts of record, filed on October 10, 2013, is GRANTED;

///
///
///

2.     The Clerk's Office shall provide Plaintiff with a copy of the docket and copies of the following docket numbers: 1, 5, 6, 8, 11, 12, 14, 15, 16, 17, 18, 19, and 20;[1] and

3.     The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **May 15, 2014**                         /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Complaint (#1), first screening order (#5), amended complaint (#8), supplemental complaint (#6), second screening order and judgment (#11, #12), second amended complaint (#14), order striking second amended complaint (#15), motion for reconsideration (#16), order denying reconsideration (#17), motion to amend/alter judgment (#18), motion for preliminary injunction (#19), and order denying motions (#20).