1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR TORLUCCI,                          Case No.  1:13-cv-00423-SKO PC

11              Plaintiff,                     Appeal No. 13-16338

12        v.                                   ORDER STRIKING FILING

13   USA, et al.,                              (Doc. 36)

14              Defendants.

15   _____/

16        This case was dismissed on April 30, 2013, with prejudice, and Plaintiff Arthur Torlucci's

17   appeal of the dismissal is currently pending before the United States Court of Appeals for the

18   Ninth Circuit.

19        On May 30, 2014, Plaintiff filed his second request for entry of default.  Plaintiff has no

20   entitlement to the relief sought, the filing lacks any good faith basis in light of the Court's order

21   filed on May 15, 2014, and the filing ORDERED STRICKEN from the record.

22
23   IT IS SO ORDERED.

24      Dated:   __June 2, 2014__              _____ /s/ Sheila K. Oberto__
                                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28