# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI, | Case No. 1:13-cv-00423-SKO (PC) |
| Plaintiff, | ORDER STRIKING FILING |
| v. | (Doc. 41) |
| USA, et al., | |
| Defendants. | |

This case was dismissed on April 30, 2013, with prejudice, and Plaintiff Arthur Torlucci's appeal of the dismissal is currently pending before the United States Court of Appeals for the Ninth Circuit.

On September 26, 2014, Plaintiff filed a motion that does not seek any discernible form of relief to which Plaintiff is entitled under the law, and the filing is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **October 7, 2014**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE